**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC.    Plaintiff<br>v.<br>RENEE L. MASSEY         Defendant | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC.

FILED
JUNE 2, 2008                    YM
08CV3161
JUDGE MORAN
MAGISTRATE JUDGE KEYS

| |
|---|
| NAME (Type or print)<br>MICHAEL L. MOLINARO |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Michael L. Molinaro |
| FIRM<br>LOEB & LOEB LLP |
| STREET ADDRESS<br>321 NORTH CLARK STREET, SUITE 2300 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183321 | 312/464-3100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐