## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC.  Plaintiff  v.  RENEE L. MASSEY                   Defendant | FILED  JUNE 2, 2008   YM  08CV3161  JUDGE MORAN  MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC.

| NAME (Type or print) |
|---|
| STANLEY F. ORSZULA |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stanley F. Orszula |
| FIRM |
| LOEB & LOEB LLP |
| STREET ADDRESS |
| 321 NORTH CLARK STREET, SUITE 2300 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257162 | 312/464-3100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐