UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENEE L. MASSEY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

FILED
JUNE 2, 2008                    YM
08CV3161
JUDGE MORAN
MAGISTRATE JUDGE KEYS

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

In accordance with Local Rule 3.2, Plaintiff HSBC Mortgage Services Warehouse Lending, Inc. states that it is a nongovernmental corporate party wholly-owned by HSBC Finance Corporation, which is an indirect subsidiary of HSBC Holdings plc, a publicly held company.

Dated: June 2, 2008

Respectfully submitted,

HSBC MORTGAGE SERVICES
WAREHOUSE LENDING, INC.

By:   /s/ Stanley F. Orszula
         One of Its Attorneys

Michael L. Molinaro (ARDC #6183321)
Stanley F. Orszula (ARDC #6257162)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Facsimile: (312) 464-3111
mmolinaro@loeb.com
sorszula@loeb.com

CH42834.1
209835-10029