**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 08 CV 3161 ) ) Judge Moran |
| RENEE L. MASSEY, | ) ) Magistrate Judge Keys |
| Defendant. | ) ) ) ) ) |

## <u>MOTION FOR PUBLICATION</u>

Plaintiff, HSBC Mortgage Services Warehouse Lending, Inc. ("HSBC"), by and through its attorneys, Loeb & Loeb LLP, in support of its Motion for Publication states the following:

1. Plaintiff filed its complaint for breach of guaranty on June 2, 2008.

2. As detailed on the Affidavits of Reasonable Diligence, attached hereto as Group Exhibit A, the Process Server was unable to obtain service on the sole Defendant, Renee L. Massey.

WHEREFORE, Plaintiff, HSBC, respectfully requests this Court grant its Motion for Publication.

Dated: August 11, 2008

Respectfully submitted,

HSBC Mortgage Services Warehouse Lending, Inc.

By:      /s/ Stanley F. Orszula
            One of Its Attorneys

Michael L. Molinaro (ARDC #6183321)
Stanley F. Orszula (ARDC #6257162)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60654
(312) 464-3100
mmolinaro@loeb.com
sorszula@loeb.com

Group Exhibit A

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| STANLEY F. ORSZULA, Bar #(ARDC #6257162)<br>LOEB & LOEB LLP<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL 60610<br>Telephone No: (312) 464-3100    FAX: No: (312) 464-3111 | Ref. No or File No.:<br>72019 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Illinois | | |
| Plaintiff: HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC. | | |
| Defendant: RENEE L. MASSEY | | |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV3161 |
|---|---|---|---|---|

1. I, FRANK HARRIGAN, and any employee or independent contractors retained by 207 SOUTH BROADWAY are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RENEE L. MASSEY as follows:

2. *Documents:*   Summons In A Civil Case; Complaint; Civil Cover Sheet; Notification Of Affiliates-Disclosure Statement; U.S. District Court For The Northern District Of Illinois Attorney Appearance Form (Stanley F. Orszula); U.S. District Court For The Northern District Of Illinois Attorney Appearance Form (Michael L. Molinaro)..

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Mon | 06/02/08 | 3:05pm | Business | THIS LOCATION IS VACANT. THERE ARE SOME PEOPLE WORKING ON THE OFFICE WHO STATED THAT PREVIOUS TENANTS MOVED OUT A WHILE AGO. SERVER CALLED 411, BUT OPERATOR HAD NO LISTING ON SUBJECT. Attempt made by: FRANK HARRIGAN. Attempt at: 7536 E CHAPMAN AVE ORANGE CA. 92869. |
| Tue | 06/03/08 | 11:00am | Business | BUSINESS DOORS LOCKED, BUT SERVER WAS ABLE TO SEE INSIDE. THE OFFICE IS VACANT AND THE ONLY ITEMS THAT SERVER COULD SEE INSIDE ARE AN OFFICE CHAIR AND A PHONE. Attempt made by: FRANK HARRIGAN. Attempt at: 12341 NEWPORT AVE SANTA ANA CA. 92705. |
| Fri | 06/13/08 | 3:10pm | Home | THIS IS A RESIDENCE ADDRESS. NO ANSWER AT THE DOOR. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY ORANGE CA. 92869. |

Page Number 1
✝ Date: Thu, Jul. 24, 2008     **AFFIDAVIT OF REASONABLE DILIGENCE**     loeloe.14803

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>STANLEY F. ORSZULA, Bar #(ARDC #6257162)<br>LOEB & LOEB LLP<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL 60610<br>*Telephone No:* (312) 464-3100    *FAX: No:* (312) 464-3111 | *For Court Use Only* |

| |
|---|
| *Ref. No or File No.:* 72019 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of Illinois

*Plaintiff:* HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC.

*Defendant:* RENEE L. MASSEY

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV3161 |
|---|---|---|---|---|

SUMMONS IN A CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 06/13/08 | 6:50pm | Home | NO ANSWER AT THE DOOR. THERE WAS A LOT OF MAIL IN THE MAILBOX, SOME MAIL WAS VISIBLE AND SERVER COULD SEE THERE WAS MAIL FROM AN OLD ADDRESS TO THIS ADDRESS AS WELL AS MAIL FOR A "SEAN MASSEY". THERE WAS ALSO A NOTICE ON THE DOOR FROM USPS DATED JUNE 6, 2008. SERVER WAS ALSO ABLE TO SPEAK TO A NEIGHBOR WHO STATED THAT THE RESIDENTS MIGHT BE ON VACATION. SERVER COULD SEE INSIDE THE HOME (ALONG THE SIDE OF IT) AND THERE WAS NOT VERY MUCH FURNITURE INSIDE. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY ORANGE CA. 92869. |
| Sat | 06/14/08 | 8:10pm | Home | NO ANSWER AT THE DOOR, NO LIGHTS ON AND NO CARS IN THE DRIVEWAY. MAILBOX IS STILL FULL AND THE NOTICE FROM USPS IS STILL ON THE DOOR. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY ORANGE CA. 92869. |
| Sun | 06/15/08 | 6:30pm | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. SERVER WAS ABLE TO SPEAK TO THE NEIGHBOR ON THE OTHER SIDE, NEIGHBOR THINKS NO ONE LIVES HERE. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY ORANGE CA. 92869. |
| Mon | 06/16/08 | 12:30pm | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY ORANGE CA. 92869. |
| Mon | 06/16/08 | 7:05pm | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. SPOKE TO A NEIGHBOR WHO KNOWS THE RESIDENTS AND STATES THAT THEY DEFINITELY MOVED, BUT THINKS THEY MIGHT COME BACK FOR THE MAIL. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY ORANGE CA. 92869. |

| Attorney or Party without Attorney: | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|
| STANLEY F. ORSZULA, Bar #(ARDC #6257162) LOEB & LOEB LLP 321 N. CLARK STREET SUITE 2300 CHICAGO, IL 60610 | | | | | | |
| Telephone No: (312) 464-3100    FAX: No: (312) 464-3111 | | | Ref. No or File No.: 72019 | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of Illinois | | | | | | |
| Plaintiff: HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC. | | | | | | |
| Defendant: RENEE L. MASSEY | | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | | Time: | Dept/Div: | Case Number: 08CV3161 | |

## SUMMONS IN A CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 06/17/08 | 12:00pm | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |
| Wed | 06/18/08 | 7:40pm | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |
| Fri | 06/20/08 | 5:50pm | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |
| Sun | 06/22/08 | 7:30pm | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |
| Mon | 06/23/08 | 11:45am | Home | NO ANSWER AT THE DOOR AND MAILBOX IS STILL FULL. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |
| Thu | 06/26/08 | 8:00pm | Home | NO ANSWER AT THE DOOR AND NO LIGHTS ON. LOOKS LIKE SOME OF THE MAIL WAS TAKEN BECAUSE MAILBOX DOES NOT LOOK VERY FULL ANYMORE. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |
| Sat | 06/28/08 | 5:15pm | Home | NO ANSWER AT THE DOOR AND MAIL IS STILL IN MAILBOX. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |
| Mon | 06/30/08 | 1:40pm | Home | NO ANSWER AT THE DOOR AND ALL THE MAIL WAS GONE. THERE IS STILL SOME STUFF INSIDE BUT NOT MUCH. Attempt made by: FRANK HARRIGAN. Attempt at: 7414 E PINTO WAY   ORANGE CA. 92869. |

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| STANLEY F. ORSZULA, Bar #(ARDC #6257162)<br>LOEB & LOEB LLP<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL  60610 | | | | |
| Telephone No: (312) 464-3100    FAX: No: (312) 464-3111 | | | Ref. No or File No.:<br>72019 | |

Insert name of Court, and Judicial District and Branch Court:
  United States District Court, Northern District Of Illinois

Plaintiff: HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC.

Defendant: RENEE L. MASSEY

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV3161 |
|---|---|---|---|---|

SUMMONS IN A CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/07/08 | 6:00pm | Home | THE PROPERTY IS NOW LOCKED UP AND TAKEN OVER BY THE BANK. THERE IS A REALTOR LOCK BOX ON THE DOOR, NO MAIL AND A NOTICE THAT WAS ON THE DOOR A WEEK AGO WAS STILL THERE. Attempt made by: FRANK  HARRIGAN. Attempt at: 7414 E PINTO WAY ORANGE CA. 92869. |
| Thu | 07/17/08 | 5:00pm | Home | Returned Not Served on: RENEE L. MASSEY Home - 7414 E PINTO WAY ORANGE, CA. 92869 |

3.  *Person Executing*
   a. FRANK  HARRIGAN
   **b. 207 SOUTH BROADWAY**
      6TH FLOOR
      LOS ANGELES, CA  90012
   c. (213) 625-9100

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
*e. I am:* (3) registered California process server
   (i)  Independent Contractor
   (ii)  *Registration No.:*      1530
   (iii)  *County:*          Los Angeles

4.  I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Page Number 4
✝ Date:

loeloe.14803

| Attorney or Party without Attorney:<br>STANLEY F. ORSZULA, Bar #(ARDC #6257162)<br>LOEB & LOEB LLP<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL 60610<br>Telephone No: (312) 464-3100    FAX: No (312) 464-3111 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.:<br>76761 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of Illinois | | | | | |
| Plaintiff: HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC. | | | | | |
| Defendant: RENEE L. MASSEY | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | | Case Number:<br>08CV3161 |

1. I, RAMONA MCDOWELL, and any employee or independent contractors retained by NATIONWIDE LEGAL INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RENEE L. MASSEY as follows:

2. *Documents:*   **Summons In A Civil Case; Complaint; Civil Cover Sheet; Notification Of Affiliates-Disclosure Statement; U.S. District Court For The Northern District Of Illinois Attorney Appearance Form (Stanley F. Orszula); U.S. District Court For The Northern District Of Illinois Attorney Appearance Form (Michael L. Molinaro)..**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Thu | 06/19/08 | 6:00pm | Home | NO ANSWER AT THE DOOR. TIME WARNER NOTICE ON THE DOOR. PROPERTY IS FOR SALE. Attempt made by: RAMONA MCDOWELL. Attempt at: 55495 TURNBERRY WAY  LA QUINTA CA. 92253. |
| Sat | 06/21/08 | 1:34pm | Home | NO ANSWER AT THE DOOR. CHECKED METER AND UTILITIES ARE ON BUT NOT IN USE. Attempt made by: RAMONA MCDOWELL. Attempt at: 55495 TURNBERRY WAY  LA QUINTA CA. 92253. |
| Mon | 06/23/08 | 11:10am | Home | BAD ADDRESS. SERVER CALLED REAL ESTATE AGENT AND WAS INFORMED HOUSE IS VACANT. Attempt made by: RAMONA MCDOWELL. Attempt at: 55495 TURNBERRY WAY  LA QUINTA CA. 92253. |
| Tue | 06/24/08 | 5:00pm | Home | Returned Not Served on: RENEE L. MASSEY Home - 55495 TURNBERRY WAY LA QUINTA, CA. 92253 |

3.  *Person Executing*
 a. RAMONA MCDOWELL
 **b. NATIONWIDE LEGAL INC.**
   207 S. Broadway, 6th Floor
   LOS ANGELES, CA 90012
 c. (213) 625-2300, FAX (213) 625-2323

Recoverable Costs Per CCP 1033.5(a)(4)(B)
 **d.. The Fee** *for service was:*
 e. *I am:* (3) registered California process server
   *(i)* Independent Contractor
   *(ii) Registration No.:*   950
   *(iii) County:*   Riverside

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

✝ *Date:*

*Ramona Mdadl*

loeloc-11132

| *Attorney or Party without Attorney:*<br>STANLEY F. ORSZULA, Bar #(ARDC #6257162)<br>LOEB & LOEB LLP<br>321 N. CLARK STREET<br>SUITE 2300<br>CHICAGO, IL 60610<br>*Telephone No:* (312) 464-3100    *FAX: No:* (312) 464-3111 | | *For Court Use Only* |
|---|---|---|
| | *Ref. No or File No.:*<br>77763 | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court, Northern District Of Illinois | | |
| *Plaintiff:* HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC. | | |
| *Defendant:* RENEE L. MASSEY | | |

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV3161 |
|---|---|---|---|---|

1. I, LUIS M. MUNOZ, and any employee or independent contractors retained by 207 SOUTH BROADWAY are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant RENEE L. MASSEY as follows:

2. **Documents:** **Summons In A Civil Case; Complaint; Civil Cover Sheet; Notification Of Affiliates-Disclosure Statement;<br>U.S. District Court For The Northern District Of Illinois Attorney Appearance Form (Stanley F. Orszula);<br>U.S. District Court For The Northern District Of Illinois Attorney Appearance Form (Michael L.<br>Molinaro)..**

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Tue | 06/24/08 | 4:00pm | Business | THE BUSINESS HERE IS CALLED KWANG SON AMERICA INC., SUBJECT IS UNKNOWN HERE PER SEVERAL EMPLOYEES. THIS IS AN ACCOUNTING TYPE FIRM AND THERE IS NO LISTING FOR SUBJECT ON THE DIRECTORY. THE BUSINESSES HERE ARE PRIMARILY INVESTMENT AND BANKING FIRMS. LOOKS LIKE A BAD ADDRESS. Attempt made by: LUIS M. MUNOZ. Attempt at: 3 POINTE DR #310  BREA CA. 92821. |
| Thu | 07/17/08 | 5:00pm | Business | Returned Not Served on: RENEE L. MASSEY Business - 3 POINTE DR #310 BREA, CA. 92821 |

| 3. *Person Executing*<br>  a. LUIS M. MUNOZ<br>  **b. 207 SOUTH BROADWAY**<br>    6TH FLOOR<br>    LOS ANGELES, CA  90012<br>  c. (213) 625-9100 | Recoverable Costs Per CCP 1033.5(a)(4)(B)<br>*d.. The Fee for service was:*<br>e. *I am:* (3)  registered California process server<br>  (i)   Independent Contractor<br>  (ii)  *Registration No.:*     5813<br>  (iii) *County:*           Los Angeles |
|---|---|

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

✝ *Date:* _____

loeloe.14680

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC., | ) ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| v. | ) No. 08 CV 3161 ) |
| | ) Judge Moran |
| RENEE L. MASSEY, | ) ) Magistrate Judge Keys |
| | ) |
| Defendant. | ) ) |
| | ) ) |
| | ) |

## <u>ORDER FOR PUBLICATION</u>

This Matter coming to be heard on Plaintiff's Motion for an Order directing the Defendant, Reneee L. Massey, to appear and file her answer or otherwise respond to the Complaint filed in this matter. The Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED THAT the Defendant, Renee L. Massey file her answer or otherwise respond to Plaintiff's Complaint on or before October 6, 2008 and that this Order be published in the Daily Law Bulletin once a week for six (6) consecutive weeks.

DATED: _____     ENTERED:_____