UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RENEE L. MASSEY, <br><br> Defendant. | ) ) ) ) ) ) ) ) No. 08 CV 3161 ) ) Judge Moran ) ) Magistrate Judge Keys ) ) ) ) ) ) |

### NOTICE OF MOTION

TO:   Renee L. Massey
       7414 E. Pinto Way
       Orange, CA 92869

On Wednesday, August 13, 2008 at 9:15 a.m. or as soon after as counsel may be heard I shall appear before the Honorable Judge Moran, in Room 1843, or any other Judge presiding in his place in the United States Federal Courthouse located at 219 S. Dearborn, Chicago, IL, and shall then and there request the Court to enter an Order for Publication.

                                        HSBC Mortgage Services Warehouse Lending, Inc.

                            By:    /s/ Stanley F. Orszula
                                        One of Its Attorneys

Michael L. Molinaro (ARDC #6183321)
Stanley F. Orszula (ARDC #6257162 )
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois  60654
(312) 464-3100
mmolinaro@loeb.com
sorszula@loeb.com

CH44939.1
209835-10029

3

CERTIFICATE OF SERVICE

      I, Stanley F. Orszula, an attorney, hereby certify that I served this Notice and Motion for Publication via FedEx overnight delivery before 5:00 p.m. on August 11, 2008.

                                               /s/ Stanley F. Orszula