
Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3161 | **DATE** | 8/13/2008 |
| **CASE TITLE** | HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC. vs. RENEE L. MASSEY | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/13/2008 and continued to 10/15/2008 at 9:15 a.m. Status hearing set for 9/18/2008 is stricken. Plaintiff's motion for publication [9] is granted. Enter Order For Publicaton.

■ [ For further detail see separate order(s).]  Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|