

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HSBC MORTGAGE SERVICES WAREHOUSE LENDING, INC., ) ) ) ) Plaintiff, ) ) ) v. ) ) ) RENEE L. MASSEY, ) ) ) Defendant. ) ) ) ) ) | No. 08 CV 3161<br><br>Judge Moran<br><br>Magistrate Judge Keys |

### ORDER FOR PUBLICATION

This Matter coming to be heard on Plaintiff's Motion for an Order directing the Defendant, Reneee L. Massey, to appear and file her answer or otherwise respond to the Complaint filed in this matter. The Court otherwise being fully advised in the premises;

IT IS HEREBY ORDERED THAT the Defendant, Rence L. Massey file her answer or otherwise respond to Plaintiff's Complaint on or before October 6, 2008 and that this Order be published in the Daily Law Bulletin once a week for six (6) consecutive weeks.

DATED: 8/13/08          ENTERED: James B. Moran

CH44939.1
209835-10029